Local AO 442 (Rev. 10/11) Arrest Warrant

RECEIVED
U.S. MARSHALS SERVICE
DISTRICT OF NORTH DAKOTA
2018 AUG -2 AM 11: 27

# UNITED STATES DISTRICT COURT
### DISTRICT OF NORTH DAKOTA

United States of America
v.
Kayla Renee Keyes

)
)
)
)
)
)

Case No. 1:18-cr-123-03

Defendant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Kayla Renee Keyes,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone
Distribution of Controlled Substances
Aiding and Abetting (2 counts)

Date: 08/02/2018

/s/ Carla Schultz
*Issuing officer's signature*

City and state:   Bismarck, ND

Carla Schultz, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 08/02/18, and the person was arrested on *(date)* 08/02/18
at *(city and state)* New Town, ND.

Date: 08/03/18

*Arresting officer's signature*

Tyler Fauver    SA MHA-DDE
*Printed name and title*