**United States of America**

        **vs**                                    **Case No: 1:18CR00123**

**Kayla Renee Keyes**

# REPORT OF NONCOMPLIANCE

On August 25, 2018, the defendant was arrested by MHA Nation Highway Patrol (New Town, ND) for Driving Under the Influence. The passenger was co-defendant and boyfriend, James Windy Boy, who was also intoxicated.

On October 7, 2018, the defendant had contact with local law enforcement (New Town/MHA) and was placed in detox for being intoxicated while operating a motor vehicle. She was also arrested on Failure to Appear Warrant stemming from her DUI offense.

<u>Intervention/Sanction Imposed or Recommended by U.S. Probation/Pretrial Officer:</u>

The defendant has been given the opportunity to obtain a substance abuse evaluation and follow-through with recommendations. The defendant has reported attending treatment sessions, however, no collateral information verifying this has been provided by the defendant. This officer has attempted to verify participation by contacting the treatment provider as well.

Respectfully submitted,

_____

/s/ Allison M. Gehringer
U.S. Probation & Pretrial Services
Date: October 10, 2018