IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-0123 |
| Plaintiff, | |
| v. | **MOTION TO WITHDRAW** |
| KAYLA RENEE KEYES, et al. | |
| Defendants. | |

Pursuant to Rule 1.3(F)(3) of the General Local Rules, the undersigned hereby requests permission from the Court to withdraw from this case.

Good cause for withdrawal exists because the undersigned has accepted an in-house counsel position in Des Moines, Iowa, and this move will prevent further representation.

Undersigned counsel has spoken with Robin Wade Forward, of the same firm and at the same address. Mr. Forward has expressed a willingness to serve as substitute counsel if the Court grants this Motion. The undersigned reasonably believes withdrawal can be accomplished without material adverse effect on the interests of the Defendant. Therefore, the undersigned respectfully requests an order approving his withdrawal from this case.

Respectfully submitted: November 28, 2018.

_____
Aaron K. Friess (#08518)
aaron.friess@stinson.com
**STINSON LEONARD STREET LLP**
811 East Interstate Avenue
Bismarck, ND 58503
Telephone: 701.221.8600

ATTORNEYS FOR KAYLA RENEE KEYES