IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KAYLA RENEE KEYES,<br><br>Defendant. | Case No. 1:18-cr-00123<br><br><br>**MOTION FOR CONTINUANCE** |

Defendant, Kayla Renee Keyes, by and through undersigned counsel, moves the Court for a continuance of her trial currently scheduled to begin February 12, 2019 at 9:00 a.m., for at least 60 days. This continuance is necessary to give Defendant's attorney additional time to prepare for trial and explore possible resolution by plea.

The undersigned represents to the Court that this motion is made neither for purposes of undue delay nor other improper reason.

Dated January 14, 2019.

Respectfully submitted,

By: _/s/ Robin Wade Forward_
Robin Wade Forward (#05324)
rob.forward@stinson.com
**STINSON LEONARD STREET LLP**
811 E. Interstate Ave., Bismarck, ND 58503
Telephone: 701.221.8600
ATTORNEY FOR KAYLA RENEE KEYES