PROB 12C
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

## Petition for Warrant or Summons for Offender under Supervision

Name of Offender:  Kayla Renee Keyes          Case Number:   0868 1:18CR00123

Name of Sentencing Judicial Officer:   Daniel L. Hovland, U.S. District Court Judge

Date of Original Sentence:  August 5, 2019

Original Offense:       Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone

Original Sentence:      One (1) day imprisonment; three (3) years supervised release

Type of Supervision:  TSR          Date Supervision Commenced:  8/5/2019

Asst. U.S. Attorney: Rick L. Volk          Defense Attorney: Robin Wade Forward

## PETITIONING THE COURT

☒   To issue a warrant

☐   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1) | On September 12, 2019, the defendant admitted to using Oxycodone. This is in violation of the mandatory and special conditions of her release. |
| 2) | On February 3, 2020, the defendant tested positive and admitted to the use of Oxycodone and Fentanyl. This is in violation of the mandatory and special conditions of her release. |
| 3) | On February 20, 2020, the defendant admitted to using Methamphetamine, Fentanyl and Oxycodone. This is in violation of the mandatory and special conditions of her release. |
| 4) | On June 5, 2020, the defendant was arrested for new federal charges (Case No. 0868 1:20CR00075). This is in violation of the mandatory conditions of her release. |

PROB 12C  
(Rev. 2/13)  
Keyes, Kayla  
0868 1:18CR00123  

U.S. Probation Officer Recommendation: It is respectfully recommended that a warrant be issued for the arrest of Ms. Kayla Renee Keyes and hearings be held to determine if she has violated the terms and conditions of her supervised release.

☒ The term of supervision should be:

  ☒ Revoked.

  ☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 8, 2020

/s/ Fallon Clouse  
U.S. Probation Officer

THE COURT ORDERS:

☐ No Action.

☒ The Issuance of a Warrant/Matter Sealed Pending Arrest.

☐ The Issuance of a Summons.

☐ Other

_____  
Signature of Judicial Officer

_____6/8/2020_____  
Date