Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Kayla Renee Keyes | ) | Case No. 1:18-cr-123 |
|  | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Kayla Renee Keyes,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Alleged violations of supervised release.

Date: 06/08/2020

/s/ Carla Schultz
*Issuing officer's signature*

City and state:   Bismarck, ND

Carla Schultz, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 6/8/2020, and the person was arrested on *(date)* 6/9/2020
at *(city and state)* Bismarck, ND.

Date: 6/9/2020

*Arresting officer's signature*

M Thynes   DMSN
*Printed name and title*