Local AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## District of North Dakota

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Kayla Renee Keyes | ) **JUDGMENT IN A CRIMINAL CASE**<br>) (For **Revocation** of Probation or Supervised Release)<br>)<br>) Case No.  1:18-cr-123-03<br>) USM No. 17110-059<br>) _____Ronald K. Hettich_____<br>)           Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) __Mand; Std; Special__ of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1) | Ms. Keyes admitted on September 12, 2019 to having used Oxycodone. | 9/12/2019 |
| 2) | Ms. Keyes tested positive on February 3, 2020 and admitted to having used Oxycodone and Fentanyl. | 2/03/2020 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has not violated condition(s) __Violation 4__ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth: _____

City and State of Defendant's Residence:
_____

_____July 15, 2020_____
Date of Imposition of Judgment

_____
Signature of Judge

Daniel M. Traynor       U.S. District Judge
Name and Title of Judge

15 July 2020
Date

Local AO 245D (Rev. 09/19)     Judgment in a Criminal Case for Revocations
                Sheet 1A

DEFENDANT: **Kayla Renee Keyes**
CASE NUMBER: **1:18-cr-123-03**

Judgment—Page **2** of **3**

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 3) | Ms. Keyes admitted on February 20, 2020 to having used Methamphetamine, Fentanyl and Oxycodone. | 2/20/2020 |

Local AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

|  |  |
|---|---|
| DEFENDANT: **Kayla Renee Keyes** | Judgment — Page __3__ of __3__ |
| CASE NUMBER: **1:18-cr-123-03** |  |

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :
**TIME SERVED.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL